David F. McPherson (SBN 175171)
dmcpherson@watttieder.com
Daniel H. Butler (SBN 337405)
dbutler@watttieder.com
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California 92614
Telephone: 949-852-6700

Attorneys for Defendants
SWINERTON BUILDERS; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; LIBERTY MUTUAL INSURANCE COMPANY; and ZURICH AMERICAN INSURANCE COMPANY

Davide Golia (SBN 118464)
dave@golialaw.com
Conor M. Dale (SBN 324450)
conor@golialaw.com
Golia Law Group, APC
11440 West Bernardo Court, Suite 300
San Diego, California 92127
Telephone: 619-738-1870

Attorneys for Plaintiff
UNITED STATES OF AMERICA for the use and benefit of T.B. PENICK & SONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

UNITED STATES for the use and benefit of T.B. PENICK & SONS, INC., a California corporation,

Plaintiff,

v.

SWINERTON BUILDERS, a California corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,

Defendants.

Case No. 4:23-CV-03019 (KAW)

**JOINT STIPULATION FOR REQUEST AND ORDER FOR ENTRY OF A FINAL DISMISSAL OF THIS CASE WITH PREJUDICE**

Judge: Hon. Kandis A. Westmore
Trial Date: Not Yet Set

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff United States for the Use and Benefit of T.B. Penick & Sons, Inc. ("Plaintiff"), and Defendants, Swinerton Builders, Fidelity and Deposit Company of Maryland, American Insurance Company, Liberty Mutual Insurance Company (collectively "Defendants"): hereby stipulate and respectfully request as follows:

1. All the parties have reached a final settlement of all disputes and claims in this case; and

2. All the parties hereby stipulate and respectfully request that this Court enter an Order to dismiss this case with prejudice.

Dated: October 25, 2023

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By: /s/ David McPherson

David F. McPherson
Daniel H. Butler
4 Park Plaza, Ste. 1000
Irvine, California 92614
(949) 852-6700
Attorney for Defendants
SWINERTON BUILDERS; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; LIBERTY MUTUAL INSURANCE COMPANY; and ZURICH AMERICAN INSURANCE COMPANY

Dated: October 25, 2023

GOLIA LAW GROUP, APC

By: /s/ Davide Golia

Davide Golia
11440 West Bernardo Court, Ste. 300
San Diego, California 92127
(619) 738-1870
Attorney for Plaintiff
UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF T.B. PENICK & SONS, INC.

**ORDER**

The Court, having considered the parties' Stipulation for Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), and for good cause shown, hereby dismisses the above-captioned action with prejudice, with the parties bearing their own costs, attorney's fees and expenses relating to this action. All dates and deadlines are hereby vacated. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: October 26, 2023

Kandis Westmore
Honorable Kandis A. Westmore
United States Magistrate Judge

20099881.1 103414.00021